C. S. Tapley Company, Respondent, v. E. L. Hasler Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except

---

* General Rules of Practice.— [Rep.

McLennan, P. J., and Kruse, J., who dissented upon the ground that there is no evidence tending to show that Stephen, upon whom the summons was served, was managing agent of the defendant, or that he was ever held out or represented by the defendant to be such. (*Taylor* v. *Granite S. P. Assn.*, 136 N. Y. 343; *Coler* v. *Pittsburgh Bridge Co.*, 146 id. 281.)